United States District Court
Southern District of Texas
**FILED**

MAY 15 2018

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. B-18-331 |
| DANIEL HABTE AKA AFEWERKI WELDAY HABTESELASIE | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

On or about June 21, 2017, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**DANIEL HABTE
AKA AFEWERKI WELDAY HABTESELASIE,**

did knowingly present to the Department of Justice an application required under the immigration laws, and regulations prescribed thereunder, to wit, an application for asylum and for withholding of removal (Form I-589), which contained a material statement made under penalty of perjury, namely, that defendant had never applied for or received any lawful status in any other country other than defendant's application for the same in the United States, which defendant then and there knew was false, in that in truth and in fact defendant obtained lawful status in Denmark.

In violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
JASON CORLEY
Assistant United States Attorney